IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A. C. FOX WILLIAMS, #194051, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:10-cv-1010-MEF |
| ) | |
| CARTER DAVENPORT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #53) filed on February 14, 2014 is overruled;

2.  The Recommendation of the United States Magistrate Judge (Doc. #46) entered on November 6, 2013 is adopted;

(3)  The petition for habeas corpus relief filed by Williams is DENIED and this case is DISMISSED with prejudice.

DONE this the 19th day of February, 2014.

                        /s/ Mark E. Fuller
              UNITED STATES DISTRICT JUDGE